1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  SOUTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF JOHN GRANT<br><br>              Plaintiffs,<br><br>     v.<br><br>ALHISER-COMER MORTUARY; And DOES 1 THROUGH 10, Inclusive<br><br>              Defendants. | Case No.: 06cv2498 BTM (CAB)<br><br>[PROPOSED] ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

19 ///
20 ///
21 ///
22    **IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary
23 Dismissal Brought by Plaintiffs TRIPPLE AAA ASSOCIATION FOR
24 CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF JOHN
25 GRANT, through their respective attorneys of record that ALL
26 Defendants are dismissed with prejudice from Plaintiffs'
27 Complaint, Case Number: 06cv2498 BTM (CAB). Additionally,
28

                                   1     Case Number: 06cv2498 BTM (CAB)

Document Date: May 2, 2007

1  Plaintiffs' Complaint is dismissed with prejudice in its
2  entirety.
3
4  **IT IS SO ORDERED.**
5
6  Dated: May 7, 2007          _____
7                              HONORABLE BARRY TED MOSKOWITZ
                               UNITED STATES DISTRICT COURT JUDGE